Exhibit A

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

OFFICE OF WATER

December 1, 2022

David A. Ludder,
Attorney for Environmental Defense Alliance
Law Office of David A. Ludder, PLLC
9150 McDougal Court
Tallahassee, Florida 32312

Jen Lomberk, Esq.
Chair of Waterkeepers Florida
Matanzas Riverkeeper
291 Cubbedge Road
St. Augustine, Florida 32080

Re: Florida Water Quality Criteria for Toxic Pollutants to Protect Human Health

Dear Mr. Ludder and Ms. Lomberk,

The U.S. Environmental Protection Agency (EPA) is responding to your Administrative Procedure Act (APA) rulemaking petition dated January 19, 2022, as supplemented on June 22, 2022. The January 2022 petition requested that EPA make an Administrator's Determination under Clean Water Act (CWA) Section 303(c)(4)(B) that new and revised water quality criteria for toxic pollutants are necessary to meet the requirements of the CWA in Florida.

On December 1, 2022, EPA issued the attached Administrator's Determination under CWA Section 303(c)(4)(B) to the State of Florida.[1] This Determination reflects EPA's finding, in accordance with CWA Section 303(c)(4)(B), that new and revised water quality standards (WQS) are necessary to meet the requirements of the CWA. Specifically, EPA made an Administrator's Determination that certain new and revised human health criteria (HHC) are needed to protect against adverse human health effects related to pollutants in Florida's waters, as described in the attached Determination. In particular, without an update to the 6.5 grams per day (g/day) fish consumption rate that Florida used to derive its currently applicable HHC, established in 1992, Florida is not keeping pace with the current practices of Florida residents, who appear to be eating far more fish than the 6.5 g/day input indicates. Moreover, EPA has placed an emphasis on increased consumption of healthy fish for its human health benefits and is particularly concerned that people eating fish they catch for their sustenance are being disproportionately impacted. It has been 30 years since Florida initially adopted its HHC, and over 6 years since Florida identified the need to revise its HHC. The State of Florida has acknowledged that updates to its HHC are necessary and has made efforts to adopt new and revised HHC. Florida

[1] *See also*: https://www.epa.gov/wqs-tech/federally-promulgated-water-quality-standards-specific-states-territories-and-tribes.

previously developed updated criteria that were based on EPA's most recent national recommendations and State-specific data; however, as your petition notes, these prior attempts to revise the WQS have faltered. Yet these prior attempts, combined with EPA's national guidance, provide a significant body of data and information that will support new and revised HHC necessary to protect Florida's designated uses.

CWA Section 303(c)(4) requires that the Administrator promptly prepare and publish proposed regulations setting forth a new or revised WQS following a Determination that a new or revised WQS is necessary to meet the requirements of the CWA. As noted in the attached Determination, in this particular case, given the readily available information that Florida has generated and in EPA's national guidance, EPA believes that 12 months is a reasonable timeframe for the agency to develop proposed federal regulations setting forth protective HHC for Florida.[2]

If you have any questions concerning this letter or the attached Determination, please contact either myself or Deborah G. Nagle, Director, Office of Science and Technology, at 202-564-1185 or nagle.deborah@epa.gov.

Sincerely,

Radhika Fox
Assistant Administrator

CC:
Shawn Hamilton, Secretary, Florida Department of Environmental Protection

[2] In the event that Florida adopts and EPA approves new or revised WQS that sufficiently address EPA's Determination before EPA proposes or promulgates federal WQS, EPA would no longer be obligated to propose or promulgate those federal WQS.