# Exhibit C

# FLORIDA DEPARTMENT OF Environmental Protection

Marjory Stoneman Douglas Building
3900 Commonwealth Boulevard
Tallahassee, FL 32399

**Ron DeSantis**
Governor

**Jeanette Nuñez**
Lt. Governor

**Shawn Hamilton**
Secretary

February 27, 2023

Radhika Fox, Assistant Administrator
U.S. Environmental Protection Agency
Office of Water, 4101M
1200 Pennsylvania Avenue, N.W.
Washington, D.C., 20460

Dear Ms. Fox:

The Florida Department of Environmental Protection (Department) is in receipt of your December 1, 2022, Clean Water Act section 303(c)(4)(B) determination with respect to Florida's human health criteria (HHC). It has been a high priority of the Department to update its HHC and we have been expending great effort towards this end. Intervening events, unfortunately, have delayed this important endeavor.

The Department had been in the process of developing a comprehensive, Florida-specific fish consumption survey for the purpose of establishing HHC. However, due to the pandemic, it became necessary to put the survey on hold since conducting such a survey during a time when fish consumption patterns were significantly altered would have resulted in data unsuitable for HHC development.

Any newly reinitiated survey would be a multi-year effort as the Department would need to procure and execute a new contract; redesign and conduct a survey; analyze the results; incorporate the results into draft HHC; and go through Florida's open and transparent rulemaking process. It is not technically feasible for the Department to complete a scientifically and legally defensible Florida-specific fish consumption survey and adopt updated HHC rules before EPA publishes its own HHC by the November 30, 2023, deadline set in your Determination.

That being said, the Department shares EPA's desire to have updated HHC adopted for Florida's waters as quickly as possible. Given that EPA intends to complete its own rulemaking before November 30, 2023, and that the Department wants to take the shortest path possible for adopting updated HHC for Florida's waters, the Department fully supports EPA's current plan to promulgate updated HHC for Florida, which the Department can then quickly incorporate into state law. This will most quickly achieve the shared goal of establishing updated HHC for Florida's waters that reflect the latest scientific information and data available.

The Department looks forward to working closely with EPA during the federal rulemaking process. The Department appreciates EPA's commitment to work with the Department in ensuring Florida's HHC are updated in a protective manner. The Department will schedule a meeting with EPA so that our agencies can appropriately collaborate. If you have any questions, please contact Kim Shugar at (850) 245-7518.

Sincerely,

Adam Blalock
Deputy Secretary

cc: Kim Shugar, FDEP
Dave Whiting, FDEP
Nia Wellendorf, FDEP