ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

ALEX J. HARDEE (NC Bar No. 56321)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
202-305-5105
alex.hardee@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE ALLIANCE and WATERKEEPERS FLORIDA,<br><br>        Plaintiffs,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>        Defendant. | Case No. 3:25-cv-00930-MMH-MCR<br><br>UNOPPOSED MOTION FOR A STAY OF CASE MANAGEMENT DEADLINES BASED ON LAPSE OF APPROPRIATIONS |

The United States of America moves for a stay of all case deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when Congress will restore funding.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Service in this case was executed September 4, 2025. Dkt. 8 at 2. The answer deadline is November 3, 2025. Fed. R. Civ. P. 12(a)(2). A Case Management Report is due within 40 days of undersigned counsel's appearance in this case. Dkt. 3.

4. Undersigned counsel for the Department of Justice requests a stay of both existing case management deadlines until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be

extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

6.  Per Local Rule 3.01(g), undersigned counsel conferred with opposing counsel, who stated Plaintiffs have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of existing case management deadlines until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted on October 9, 2025,

*/s/ Alex J. Hardee*
ALEX J. HARDEE (NC Bar No. 56321)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
202-305-5105
alex.hardee@usdoj.gov

*Attorney for Defendant*